# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | |
| : | Case No. 5:21-cr-9 (MTT) |
| **RODRECO JONES,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER REVOKING PRETRIAL RELEASE

Defendant Rodreco Jones appeared on August 20, 2021, for a hearing on a Petition for Action on Conditions of Pretrial Release, pursuant to 18 U.S.C. § 3148. The Government established probable cause to believe that Defendant committed the violations of State law described in the petition. The Court further finds that there are no other conditions of that will assure that Defendant will not pose a danger to the safety of any other person or the community.

Accordingly, the Order Setting Conditions of Release is hereby **REVOKED**, and the Defendant is committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED**, this 20th day of August, 2021.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge