IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Case Number: 5:21-cr-00009-MTT-CHW-8 |
| RODRECO JONES, | * | |
| Defendant. | * | |

**O R D E R**

Pursuant to an Appearance Bond dated February 24, 2021, Defendant was released on bond following the payment into the registry of the Court of the sum of $1,000.00. The conditions of the Appearance Bond have now been met and the Clerk is directed to disburse from the registry of the Court the sum of $1,000.00, plus all accrued interest less any amounts necessary for administrative fees of the Court to: Robin McMillan

**SO ORDERED**, this 1st day of June, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT